03/04/2008 14:30 FAX                                                      ☒003
MAR-03-2008 17:10                                                         P.002/005

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: SHARON E. FRASE (SF-4906)
One St. Andrew's Plaza
New York, New York  10007
(212) 637-2329

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,              :

      - v. -                           :
                                          STIPULATION AND ORDER
$13,900 in UNITED STATES CURRENCY,     :  OF SETTLEMENT

      Defendant in Rem.                :  08 Civ. 882 (VM)

- - - - - - - - - - - - - - - - - - x

WHEREAS, on January 24, 2008, the United States of America filed a Verified Complaint and Warrant in Rem, pursuant to Title 21, United States Code, §881, seeking to forfeit $13,900 in United States Currency (the "defendant currency"), based on probable cause to believe that the defendant currency constitutes moneys intended to be furnished in exchange for a controlled substance, and/or proceeds traceable to such exchanges, and/or moneys used or intended to be used to facilitate such exchanges, in violation of Title 21 of the United States Code;

WHEREAS, on January 28, 2008, notice of the Verified Complaint was sent by certified mail, return receipt requested to Luis-Hernandez-Morales at 350 West 150th Street, Apt. 53, New York, NY 10039; to Lawrence M. Fisher, Esq., as counsel for Mr. Hernandez-Morales at 350 Broadway, 10th Fl., New York, NY 10013; to

03/04/2008 14:30 FAX                                                     ☒004

MAR-03-2008 17:10                                                        P.003/005

Samuel Hancock, at 90-08 32nd Ave. #108, Elmhurst, NY 11375, and to Andres-Fermin-Nunez at 721 22nd St. 2nd Fl., Union City, NJ 07087;

WHEREAS, notice of this action was published in the New York Law Journal on February 13, 2008;

WHEREAS, Luis Hernandez-Morales, has reached an agreement with the United States of America in the pending matter and wishes to settle without resorting to further litigation;

IT IS HEREBY STIPULATED, ORDERED AND AGREED, by and between Plaintiff Unites States of America, by its attorney Michael J. Garcia, United States Attorney for the Southern District of New York; Sharon E. Frase, Assistant United States Attorney, of counsel; Luis Hernandez-Morales; and Lawrence M. Fisher, Esq., attorney for Luis Hernandez-Morales, as follows:

1. Luis Hernandez-Morales agrees that $9,500.00 of the defendant currency shall be forfeited to the United States, for disposition according to law, pursuant to 21 U.S.C. § 881, without admitting any liability thereunder.

2. The United States of America agrees to return the sum of $4,400.00 to Lawrence M. Fischer, Esq., on behalf of Luis Hernandez-Morales.

3. Luis Hernandez-Morales is barred from asserting any claim against the United States of America, including members of the Drug Enforcement Administration, the United States Attorney's Office, and the New York City Police Department, in connection with

2

or arising out of, the United States' restraint, seizure and/or forfeiture of the defendant currency, including but not limited to any claim that the United States did not have probable cause to restrain, seize and/or forfeit the defendant currency, or that Luis Hernandez-Morales or any of his agents, employees or relatives are prevailing parties or are entitled to attorneys fees.

4. Luis Hernandez-Morales represents that he is the sole owner of the defendant currency, and agrees to hold harmless the United States of America, including members of the Drug Enforcement Administration, the United States Attorney's Office, and the New York City Police Department, from any and all claims, including third-party claims regarding the defendant currency, in

3

03/04/2008 14:31 FAX					☒006
MAR-03-2008 17:10					P.005/005

connection with this action, including but not limited to, any claim of ownership of the defendant currency.

Dated:   New York, New York
         March 3, 2008

SO ORDERED: 5 March 2008

HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT COURT JUDGE

CONSENTED TO:

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for the United States

By: _____       DATE 3/4/08
    SHARON E. FRASE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    212-637-2329

_____            DATE 3/4/08
LAWRENCE M. FISHER, ESQ.
350 Broadway
Bronx, New York 10451
Attorney for Claimant
212-226-5700

Luis-Hernandezmorales               DATE 3/4/08
LUIS HERNANDEZ-MORALES
350 W. 150th St. Apt 53
New York, NY 10039
Claimant

4